**DISMISS and Opinion Filed February 20, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-01294-CV**

_____

**IN THE INTEREST OF C.M.S., AN INCAPACITATED ADULT**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-00179**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Molberg

Appellant Corey Smith appeals from the trial court's order granting appellee Unikki Phillips's motion for partial summary judgment in the underlying lawsuit concerning support for their disabled child, who is now an incapacitated adult. Before the Court is appellee's motion to dismiss the appeal for want of jurisdiction. Appellant did not file a response.

Generally, an appeal may be taken only from a judgment that is final. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001) (when no conventional trial has been held, judgment is final for purposes of appeal only if it actually disposes of all pending claims and parties or unequivocally states it finally disposes

of all parties and claims).  As noted in appellee's motion to dismiss, the appealed order recites that pending claims by the Texas Attorney General and appellee "shall survive this summary judgment."  On its face, the order is not final and appealable because it does not dispose of all claims and parties.  *See Lehmann*, 39 S.W.3d at 205.  Accordingly, we lack jurisdiction and grant appellee's motion.  *See* TEX. R. APP. P. 42.3(a).

|  | /Ken Molberg// |
| --- | --- |
| 231294f.p05 | KEN MOLBERG |
|  | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.M.S., AN
INCAPACITATED ADULT

No. 05-23-01294-CV

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-09-00179.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Unikki Phillips recover her costs of this appeal from appellant Corey Smith.

Judgment entered this 20th day of February, 2024.